**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HIGHWAY 46 HOLDINGS, LLC,**
                **Plaintiff,**

**-vs-**                                                              **Case No. 6:08-cv-674-Orl-28DAB**

**QUANTIFIED MARKETING GROUP, LLC,**
                **Defendant.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO STAY PROCEEDINGS PENDING SUBSTITUTION OF COUNSEL (Doc. No. 27)
>
> **FILED:** June 19, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

No motion to substitute counsel is pending. If and when new counsel appears, the motion may be renewed, if necessary. The parties may agree, as they apparently have, to hold matters in abeyance for a short time while Defendants works out how they wish to be represented. No basis for changing the case schedule has been presented. In no event will the corporate defendant be permitted to proceed without counsel.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2008.

                                                  *David A. Baker*
                                                  DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties