# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HIGHWAY 46 HOLDINGS, LLC,**
      **Plaintiff,**

-vs-                                      **Case No. 6:08-cv-674-Orl-28DAB**

**QUANTIFIED MARKETING GROUP, LLC,**
      **Defendant.**

## ORDER

This case is before the Court on the Motion for Sanctions (Doc. No. 38) filed November 17, 2008 and the Second Motion to Compel Discovery (Doc. No. 36) filed October 31, 2008. The United States Magistrate Judge has submitted a report recommending that the motion for sanctions be granted and the motion to compel discovery be denied as moot.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Quantified Marketing Group, Inc. (Doc. No. 40), and by Highway 46 Holdings, LLC, Donald J. Hachenberger, K2 Evolution LLC, Katharine Wertz, Paula Michaels and Audrey Torina (Doc. No. 41) and Exhibits (Doc. No. 42), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 8, 2008 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Answer filed by Quantified Marketing Group, LLC (Doc. 14) and the Counterclaim/Third Party Complaint filed by Quantified Marketing Group, LLC (Doc. No. 13) are hereby **STRICKEN**.

3. Default is hereby entered against Quantified Marketing Group, LLC.[1]

4. Plaintiff shall file a properly supported motion for entry of default judgment within thirty (30) days from the date of this Order.

5. The Second Motion to Compel Discovery (Doc. No. 36) is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of January, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] The style of the case, the Complaint, Answer and Counterclaim all reflect that the Defendant/Counterclaimant's name is Quantified Marketing Group, LLC. The Report and Recommendation and the objections filed by the Defendant/Counterclaimant reflect the name as Quantified Marketing Group, Inc. The default is entered against Quantified Marketing Group, LLC as that is how it represents itself in its Counterclaim. If further clarification is needed on this point, Plaintiff shall file the appropriate papers.